UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00412

———

**Kaiven Wesley,**
*Plaintiff,*

v.

**Roberta Flores et al.,**
*Defendants.*

———

## ORDER

Plaintiff, a Texas prisoner proceeding pro se and in forma pauperis, filed this lawsuit under 42 U.S.C. § 1983. Doc. 1. Defendants Amy L. Seelbach and Roberta Flores filed motions to dismiss that complaint. Docs. 21, 25. The case was referred to a magistrate judge, who issued a report recommending that the court grant defendants' motions in part. Doc. 35 at 9. Specifically, the magistrate judge recommended that the court dismiss plaintiff's claims for monetary damages against defendants Seelbach and Flores in their official capacities and that plaintiff's claims of deliberate indifference to his serious medical needs should proceed before the court. *Id.* No party objected to the report.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Defendants' motions to dismiss, (Docs. 21, 25), are granted in part. Plaintiff's claims for monetary damages against defendants in their official capacities are dismissed. In all other respects, the motions are denied and plaintiff's claims concerning deliberate indifference to his serious medical needs will proceed before the court.

*So ordered by the court on June 10, 2026.*

J. CAMPBELL BARKER
United States District Judge